**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF TEXAS

Case number *(if known)* _____   Chapter __7__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Nook Sleep Systems, LLC** | |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **86-2001817** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **1840 Maryland Street**<br>**Houston, TX 77006**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Harris**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.nooksleep.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor    **Nook Sleep Systems, LLC**                                    Case number (*if known*) _____
              Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __5021__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | |
|---|---|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

Debtor    **Nook Sleep Systems, LLC**                                        Case number (*if known*) _____
_____
Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | Relationship | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☑ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☑ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor   **Nook Sleep Systems, LLC**                                    Case number (*if known*) _____
Name

☐ $50,001 - $100,000              ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000            ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million          ☐ $100,000,001 - $500 million    ☐ More than $50 billion

| Debtor | **Nook Sleep Systems, LLC** | | Case number (*if known*) | |
|--------|------------------------------|--|--------------------------|--|
| | Name | | | |

| | **Request for Relief, Declaration, and Signatures** |
|--|--|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 11, 2023**
MM / DD / YYYY

**X** **/s/ Henry R. Johnston**                      **Henry R. Johnston**
Signature of authorized representative of debtor      Printed name

Title   **President**

---

**18. Signature of attorney**

**X** **/s/ Jarrod B. Martin**              Date   **September 11, 2023**
Signature of attorney for debtor                     MM / DD / YYYY

**Jarrod B. Martin**
Printed name

**Chamberlain, Hrdlicka, White, Williams, & Aughtry, P.C.**
Firm name

**1200 Smith Street**
**Suite 1400**
**Houston, TX 77002**
Number, Street, City, State & ZIP Code

Contact phone   **(713) 658-1818**          Email address   **jarrod.martin@chamberlainlaw.com**

**24070221 TX**
Bar number and State

**Fill in this information to identify the case:**

Debtor name **Nook Sleep Systems, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration **Verification of Creditor's Matrix**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 11, 2023**    *X* **/s/ Henry R. Johnston**
_____            Signature of individual signing on behalf of debtor

**Henry R. Johnston**
Printed name

**President**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Nook Sleep Systems, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number (if known)

☐ Check if this is an
   amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                  **12/15**

Part 1:    **Summary of Assets**

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................    $ _____**0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................................    $ _____**51,358.96**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................................................    $ _____**51,358.96**

Part 2:    **Summary of Liabilities**

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $ _____**0.00**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................    $ _____**0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...........................................    +$ _____**31,942.98**

4.    **Total liabilities** .........................................................................................................................
    Lines 2 + 3a + 3b    $ _____**31,942.98**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **Nook Sleep Systems, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. **Amegy Bank of Texas** | **Checking** | **8263** | **$3,759.63** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                                                                                    **$3,759.63**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1.  **Insurance Refund - Liberty Mutual**                                                       **$11,473.00**

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                                                                  **$11,473.00**
Add lines 7 through 8. Copy the total to line 81.

Debtor   **Nook Sleep Systems, LLC**                                    Case number *(If known)* _____
_____
Name

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.      **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | 324.00 | - | 0.00 | = .... | $324.00 |
| 11a. 90 days old or less: | 370.50 | - | 0.00 | = .... | $370.50 |
| 11a. 90 days old or less: | 6,944.04 | - | 0.00 | = .... | $6,944.04 |
| 11a. 90 days old or less: | 20.72 | - | 0.00 | = .... | $20.72 |
| 11a. 90 days old or less: | 255.96 | - | 0.00 | = .... | $255.96 |
| 11a. 90 days old or less: | 100.00 | - | 0.00 | = .... | $100.00 |
| 11a. 90 days old or less: | 1,042.00 | - | 0.00 | = .... | $1,042.00 |
| 11b. Over 90 days old: | 12,600.00 | - | 12,600.00 | = .... | $0.00 |
| 11b. Over 90 days old: | 6,603.50 | - | 0.00 | = .... | $6,603.50 |
| 11b. Over 90 days old: | 1,727.41 | - | 0.00 | = .... | $1,727.41 |
| 11b. Over 90 days old: | 18,146.20 | - | 0.00 | = .... | $18,146.20 |
| 11b. Over 90 days old: | 592.00 | - | 0.00 | = .... | $592.00 |

Debtor    **Nook Sleep Systems, LLC**                          Case number *(If known)* _____
          Name

12.    **Total of Part 3.**                                                          | $36,126.33 |
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:    Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets**  **US Pat. No. 9,681,757** | **Unknown** | | **Unknown** |
|   **US Pat. No. 10,939,773** | **Unknown** | | **Unknown** |

Debtor    **Nook Sleep Systems, LLC**                                    Case number *(if known)* _____
          Name

| US Pat. No. 16/874,418 (pending) | Unknown | | Unknown |
|---|---|---|---|
| Canadian Pat. No. 2,767,190 | Unknown | | Unknown |
| UK Pat. No. 2485319 | Unknown | | Unknown |
| Dreamsheet Trademark | Unknown | | Unknown |
| Nook Trademark | Unknown | | Unknown |
| N Nook Sleep Systems & Designs Trademark | Unknown | | Unknown |
| N Design + Nook Sleep, Play, Grow Trademark | Unknown | | Unknown |

61.   **Internet domain names and websites**
      www.nooksleep.com; www.ns.com;
      www.nooksleepsystems.com                          $0.00                          Unknown

62.   **Licenses, franchises, and royalties**

63.   **Customer lists, mailing lists, or other compilations**
      Customer list                                     $0.00                          Unknown

      Customer List                                     $0.00                          Unknown

64.   **Other intangibles, or intellectual property**

65.   **Goodwill**

66.   **Total of Part 10.**
      Add lines 60 through 65. Copy the total to line 89.    |  **$0.00**  |

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)?
      ■ No
      ☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
      ■ No
      ☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.

Debtor    **Nook Sleep Systems, LLC**_____    Case number *(If known)* _____
                     Name

■ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|
| 71.   **Notes receivable**<br>Description (include name of obligor) | |
| 72.   **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73.   **Interests in insurance policies or annuities** | |
| 74.   **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76.   **Trusts, equitable or future interests in property** | |
| 77.   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>**Amazon has the remaining inventory. As inventory is sold, the debtor is paid. Any unsold inventory that Amazon deems stale is discarded by Amazon in their sole discretion.** | **Unknown** |

78.   **Total of Part 11.**

        Add lines 71 through 77. Copy the total to line 90.

| **$0.00** |
|---|

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor  **Nook Sleep Systems, LLC**  Case number *(If known)* _____
       Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $3,759.63 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $11,473.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $36,126.33 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $51,358.96 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $51,358.96 |

**Fill in this information to identify the case:**

Debtor name    **Nook Sleep Systems, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                       12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $571.53 |
|---|---|---|---|
| | **Divvy MasterCard**<br>**13707 S 200 W**<br>**Suite 100**<br>**Draper, UT 84020** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Credit Card** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,180.70 |
|---|---|---|---|
| | **Ernest Packaging Solutions**<br>**5777 Smithway Street**<br>**Commerce, CA 90040** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **SERVICES** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,550.00 |
|---|---|---|---|
| | **Henry & Company, PC**<br>**1177 West Loop South**<br>**Suite 1850**<br>**Houston, TX 77027** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **SERVICES** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,974.05 |
|---|---|---|---|
| | **IPFS, Inc.**<br>**22522 29th Drive**<br>**Suite 214**<br>**Bothell, WA 98021** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Insurance Financing - Subject to Early Termination Refunds** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor    **Nook Sleep Systems, LLC**                                    Case number (if known) _____
          Name

| | | | |
|---|---|---|---|

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,454.16**

Mainfreight, Inc.
1400 Glenn Curtiss Street
Carson, CA 90746

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,274.00**

McKinney Law Group APC
228 Hamilton Avenue, 3rd Floor
Palo Alto, CA 94301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Legal Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Nook Digital, LLC
c/o Pearl Cohen Zedek Latzer Baratz LLP
Attention: Todd Braverman
1500 Broadway, 12th Floor
New York, NY 10036

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Untimely opposition instituted by Nook Digital LLC to block Nook Sleep Systems LLC from obtaining a trademark for NOOK and NOOK Sleep.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$129.00**

Pranger Law PC
88 Guy Place
Suite 405
San Francisco, CA 94105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Legal Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,809.54**

Prime Line Packaging
126 Corporate Boulevard
Unit 1
South Plainfield, NJ 07080

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Toxin Free USA dba GMO Free USA
c/o Richman Law & Policy
Attention: Kim E. Richman
1 Bridge Street, Suite 83
Irvington, NY 10533

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lawsuit**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Debtor | **Nook Sleep Systems, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Allianz Trade**<br>**800 Red Brook Boulevard**<br>**Owings Mills, MD 21117** | Line **3.9**<br><br>☐ Not listed. Explain _____ | _ |
| 4.2 | **CRF Solutions**<br>**2051 Royal Avenue**<br>**Simi Valley, CA 93065** | Line **3.2**<br><br>☐ Not listed. Explain _____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 31,942.98 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 31,942.98 |

| Fill in this information to identify the case: |
| --- |
| Debtor name **Nook Sleep Systems, LLC** |
| United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS |
| Case number (if known) _____ |

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                 04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**   **Income**

1.   **Gross revenue from business**

☐ None.

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue** Check all that apply | **Gross revenue** (before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** From  **1/01/2023** to **Filing Date** | ■ Operating a business ☐ Other _____ | **$600,421.00** |
| **For prior year:** From  **1/01/2022** to **12/31/2022** | ■ Operating a business ☐ Other _____ | **$1,546,665.00** |
| **For year before that:** From  **1/01/2021** to **12/31/2021** | ■ Operating a business ☐ Other _____ | **$1,823,642.00** |

2.   **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions) |
| --- | --- | --- |

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3.   **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer** *Check all that apply* |
| --- | --- | --- | --- |

Debtor __Nook Sleep Systems, LLC_____     Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Allied Foam Fabricators, Inc.** <br> **902 N. Ann Arbor Avenue** <br> **Oklahoma City, OK 73127** | **6/22/23** <br> **(13,288.80)** <br> **6/23/23** <br> **($2,622.51)** | **$15,911.31** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ■ Suppliers or vendors <br> ☐ Services <br> ☐ Other___ |
| 3.2. **Culp, Inc.** <br> **PO Box 751007** <br> **Charlotte, NC 28275** | **6/9/23** <br> **($12,469.69)** <br> **6/16/23** <br> **($5,035.04)** <br> **8/7/23** <br> **($50,320.10)** <br> **8/18/23** <br> **($85.15)** | **$67,909.98** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ■ Suppliers or vendors <br> ☐ Services <br> ☐ Other___ |
| 3.3. **Divvy MasterCard** <br> **13707 S 200 W** <br> **Suite 100** <br> **Draper, UT 84020** | **6/15/23** <br> **($23,569.52)** <br> **7/3/23** <br> **($12,706.94)** <br> **7/17/23** <br> **($7,863.61)** <br> **8/1/23** <br> **($9,929.67)** <br> **8/15/23** <br> **($6,614.81)** <br> **9/1/23** <br> **($1,122.33)** | **$61,806.88** | ☐ Secured debt <br> ■ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other___ |
| 3.4. **Henry & Company, PC** <br> **1177 West Loop South** <br> **Suite 1850** <br> **Houston, TX 77027** | **6/15/23** <br> **($9,950.00)** <br> **8/29/23** <br> **($6,550.00)** | **$16,500.00** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ■ Services <br> ☐ Other___ |
| 3.5. **Innovative Bedding Solutions, Inc.** <br> **6450A Caballero Boulevard** <br> **Buena Park, CA 90620** | **6/7/23** <br> **($9,986.13)** <br> **7/3/23** <br> **($5,379.00)** | **$15,365.13** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ■ Suppliers or vendors <br> ☐ Services <br> ☐ Other___ |
| 3.6. **IPFS, Inc.** <br> **22522 29th Drive** <br> **Suite 214** <br> **Bothell, WA 98021** | **6/6/23** <br> **($3,194.81)** <br> **7/6/23** <br> **($3,194.81)** <br> **8/7/23** <br> **($3,194.81)** | **$9,584.43** | ☐ Secured debt <br> ■ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other___ |
| 3.7. **Jeanha Joo** <br> **835 Lucerne Boulevard** <br> **Apartment 101** <br> **Los Angeles, CA 90005** | **6/9/23** <br> **($1,890.00)** <br> **6/14/23** <br> **($2,070.00)** <br> **6/21/23** <br> **($1,980.00)** <br> **6/26/23** <br> **($1,170.00)** | **$7,110.00** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ■ Services <br> ☐ Other___ |

Debtor    **Nook Sleep Systems, LLC**                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.8. **MFI International, Inc.**<br>**9570 Pan American Drive**<br>**El Paso, TX 79927** | **6/9/23**<br>**($3,353.40)**<br>**6/16/23**<br>**($2,399.15)**<br>**6/23/23**<br>**($2,624.20)**<br>**6/30/23**<br>**($497.65)**<br>**7/5/23**<br>**($3,586.40)** | **$12,460.80** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.9. **Mainfreight, Inc.**<br>**1400 Glenn Curtiss Street**<br>**Carson, CA 90746** | **6/14/2023-9/6**<br>**/2023** | **$89,193.52** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10. **One Step Printing**<br>**2424 McGraw**<br>**Irvine, CA 92614** | **6/14/23**<br>**($1,518.59)**<br>**6/14/23**<br>**($1,440.41)**<br>**6/14/23**<br>**($1,115.42)** | **$4,074.42** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11. **Priority1**<br>**PO Box 840808**<br>**Dallas, TX 75284-0808** | **6/7/23**<br>**($590.59)**<br>**6/9/23**<br>**($196.57)**<br>**6/14/23**<br>**($2,642.79)**<br>**6/21/23**<br>**($1,275.00)**<br>**6/28/23**<br>**($2,026.78)**<br>**7/5/23**<br>**($134.15)**<br>**7/12/23**<br>**($1,289.20)**<br>**8/8/23**<br>**($553.35)** | **$8,708.43** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

Debtor   **Nook Sleep Systems, LLC**                                                        Case number *(if known)*

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | GMO Free USA dba Toxin Free USA , et al. v. Nook Sleep Systems, LLC<br>2023-CAB-002103 | False and decptive marketing and sale of "Pure Organic" crib mattresses. | Superior Court of the District of Columb Civil Actions Branch 500 Indiana Avenue, N.W., Suite 5000 Washington, DC 20001 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Nook Digital, LLC v. Nook Sleep Systems, LLC<br>91264684OPP | Untimely opposition instituted by Nook Digital LLC to block Nook Sleep Systems LLC from obtaining a trademark for NOOK and NOOK Sleep 11 years after original trademark | US Trademark Trial and Appeal Board PO Box 1451 Alexandria, VA 22313-1451 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| **Part 5:** | **Certain Losses** |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

Debtor   **Nook Sleep Systems, LLC**                                             Case number *(if known)*

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss  If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

**Part 6:**   Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?  Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Chamberlain Hrdlicka**  **1200 Smith Street**  **Suite 1400**  **Houston, TX 77002** | | **8/30/2023** | **$7,838.00** |
| | Email or website address  **www.chamberlainlaw.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

13. **Transfers not already listed on this statement**
    List any payments of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer?  Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| | | | |

**Part 7:**   Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☐ Does not apply

| Address | Dates of occupancy  From-To |
|---|---|
| | |

Debtor   **Nook Sleep Systems, LLC**                     Case number *(if known)*

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **13020 Yukon Avenue Unit P2 Hawthorne, CA 90250** | **4-10-13 thru 5-31-22** |

**Part 8:**   **Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**   **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained.

> **Name, address, and credit card information was collected through its Shopify account when sales were made.**

Does the debtor have a privacy policy about that information?
☑ No
☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**   **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor   **Nook Sleep Systems, LLC**                                          Case number *(if known)*

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** Details About the Debtor's Business or Connections to Any Business

Debtor  **Nook Sleep Systems, LLC**                              Case number *(if known)*  _____

**25. Other businesses in which the debtor has or has had an interest**
  List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
  Include this information even if already listed in the Schedules.

  ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**
  26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
  ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **NIMBL**<br>**299 S. Main #1300**<br>**PMB 90424**<br>**Salt Lake City, UT 84111** | **2021-Present** |
| 26a.2. **Donna Flanagan**<br>**Henry & Company, P.C.**<br>**1177 West Loop South**<br>**Suite 1850**<br>**Houston, TX 77027** | **2021-Present** |

  26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

  ■ None

  26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

  ■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

  26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

  ☐ None

| Name and address |
|---|
| 26d.1. **Howard S. Lewis Insurance Services, Inc.**<br>**79-418 Mission Drive West**<br>**La Quinta, CA 92253** |

**27. Inventories**
  Have any inventories of the debtor's property been taken within 2 years before filing this case?

  ■ No
  ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor   **Nook Sleep Systems, LLC**                                 Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Henry R. Johnston | 1840 Maryland Street Houston, TX 77006 | **Chief Financial Officer and General Partner of SMM Debt Parties, Ltd., which is the managing member and owner.** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Never Not Prepared, LLC | 1840 Maryland Street Houston, TX 77006 | Membership Interest | 14.80% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| SMM Debt Partners, Ltd. | 1840 Maryland Street Houston, TX 77006 | Membership Interest | 76.48% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Henry R. Johnston Irrevocable Family Tru | 1840 Maryland Street Houston, TX 77006 | Membership Interest | 3.57% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| TXAU Management, LLC | 1840 Maryland Street Houston, TX 77006 | Membership Interest | 5.15% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Michelle Spiegel | 27384 Riverside Lane Valencia, CA 91354 | Chief Executive Officer | 2-1-22 to 5-31-23 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Marcella Murante | 7737 E 24th Avenue Denver, CO 80238 | Chief Operating Officer | 2-1-22 to 6-30-23 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

Debtor  **Nook Sleep Systems, LLC**                                    Case number *(if known)*

| **Name of the parent corporation** | **Employer Identification number of the parent corporation** |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| **Name of the pension fund** | **Employer Identification number of the pension fund** |
|---|---|

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 11, 2023**

/s/ Henry R. Johnston                                      Henry R. Johnston
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of Texas

In re   **Nook Sleep Systems, LLC** _____   Case No. _____
                                        Debtor(s)                           Chapter   **7** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ **7,838.00** |
| Prior to the filing of this statement I have received | $ **7,838.00** |
| Balance Due | $ **0.00** |

2.   The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3.   The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4.   ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
      **Investigating, advising, and filing a Chapter 7 bankruptcy and an appearance at the 341 Meeting of Creditors.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Representation of the debtors in any any 2004 examination or representation in connection with any adversary proceeding or contested matter, including a motion to dismiss.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**September 11, 2023** _____        **/s/ Jarrod B. Martin** _____
*Date*                                               **Jarrod B. Martin**
                                                     *Signature of Attorney*
                                                     **Chamberlain, Hrdlicka, White, Williams, & Aughtry, P.C.**
                                                     **1200 Smith Street**
                                                     **Suite 1400**
                                                     **Houston, TX 77002**
                                                     **(713) 658-1818   Fax: (713) 658-2553**
                                                     **jarrod.martin@chamberlainlaw.com**
                                                     *Name of law firm*

# United States Bankruptcy Court
## Southern District of Texas

In re    **Nook Sleep Systems, LLC**          Case No. _____

                        Debtor(s)       Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **September 11, 2023**         **/s/ Henry R. Johnston**

                                     **Henry R. Johnston**/**President**
                                     Signer/Title

ALLIANZ TRADE
800 RED BROOK BOULEVARD
OWINGS MILLS, MD 21117


CRF SOLUTIONS
2051 ROYAL AVENUE
SIMI VALLEY, CA 93065


DIVVY MASTERCARD
13707 S 200 W
SUITE 100
DRAPER, UT 84020


ERNEST PACKAGING SOLUTIONS
5777 SMITHWAY STREET
COMMERCE, CA 90040


HENRY & COMPANY, PC
1177 WEST LOOP SOUTH
SUITE 1850
HOUSTON, TX 77027


IPFS, INC.
22522 29TH DRIVE
SUITE 214
BOTHELL, WA 98021


MAINFREIGHT, INC.
1400 GLENN CURTISS STREET
CARSON, CA 90746


MCKINNEY LAW GROUP APC
228 HAMILTON AVENUE, 3RD FLOOR
PALO ALTO, CA 94301

```
NOOK DIGITAL, LLC
C/O PEARL COHEN ZEDEK LATZER BARATZ LLP
ATTENTION: TODD BRAVERMAN
1500 BROADWAY, 12TH FLOOR
NEW YORK, NY 10036


PRANGER LAW PC
88 GUY PLACE
SUITE 405
SAN FRANCISCO, CA 94105



PRIME LINE PACKAGING
126 CORPORATE BOULEVARD
UNIT 1
SOUTH PLAINFIELD, NJ 07080



TOXIN FREE USA DBA GMO FREE USA
C/O RICHMAN LAW & POLICY
ATTENTION: KIM E. RICHMAN
1 BRIDGE STREET, SUITE 83
IRVINGTON, NY 10533
```

# United States Bankruptcy Court
## Southern District of Texas

In re   **Nook Sleep Systems, LLC**

Debtor(s)

Case No.

Chapter   **7**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Nook Sleep Systems, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Never Not Prepared, LLC**
**1840 Maryland Street**
**Houston, TX 77060**

**SMM Debt Partners, Ltd.**
**1840 Maryland Street**
**Houston, TX 77006**

☐ None [*Check if applicable*]

**September 11, 2023**

Date

**/s/ Jarrod B. Martin**

**Jarrod B. Martin**

Signature of Attorney or Litigant

Counsel for   **Nook Sleep Systems, LLC**

**Chamberlain, Hrdlicka, White, Williams, & Aughtry, P.C.**

**1200 Smith Street**
**Suite 1400**
**Houston, TX 77002**
**(713) 658-1818 Fax:(713) 658-2553**
**jarrod.martin@chamberlainlaw.com**